**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00193-CV**
_____

**AUGUSTINE OWUSU, Appellant**

**V.**

**KELSEY STUMP, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-01-00424-CV**

**MEMORANDUM OPINION**

Appellant Augustine Owusu and Appellee Kelsey Stump jointly filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

1

Submitted on December 15, 2021
Opinion Delivered December 16, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.